IN THE COURT OF APPEALS OF MARYLAND

No. 23

September Term, 2013

DAVID BERNSTEIN

v.

WILLIAM ELY

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
Watts
Wilner, Alan M. (Retired, Specially
                        Assigned),

JJ.

PER CURIAM ORDER

Filed: February 11, 2014

| | | |
|---|---|---|
| DAVID BERNSTEIN | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | No. 23 |
| WILLIAM ELY | * | September Term, 2013 |

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 11th day of February 2014,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
_____
Chief Judge